IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| IOU CENTRAL, INC., | * |
| Plaintiff, | * |
| v. | Case No. 4:19-cv-177 (CDL) |
| | * |
| ACRA CONSTRUCTION, LLC, KIMBERLY A. REYNOLDS, and ROBERT J. REYNOLDS, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 23, 2020 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff, IOU Central, Inc., and against Defendants, ACRA Construction LLC, Kimberly A. Reynolds, and Robert J. Reynolds, individually and jointly, in the total amount of $ 126,171.72, which is supported by the present record and consists of the following: unpaid principal balance of $98,117.11, accrued interest from the date of the last full payment (August 24, 2018) to December 18, 2019 at 9.25% per annum of $15,902.64, attorney's fees of $11,401.97, n.s.f. balance of $50.00, court filing fee of $400.00, and service of process fees of $300.00. Plaintiff shall also recover post judgment interest on this judgment at the legal rate of .21%.  Plaintiff shall not recover additional costs.

This 24th day of April 2020

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk